ANDREW KALINOWSKY, PLAINTIFF, v. LOUIS KAPLOWITZ
AND BENJAMIN KAPLOWITZ, PARTNERS, ETC., AS
JERSEY TIRE COMPANY, DEFENDANTS.

Submitted October 14, 1927—Decided January 5, 1928.

Before Justices PARKER, MINTURN and CAMPBELL.

For the rule, *Wight, Wight & Golenbock.*

*Contra, David T. Wilentz.*

PER CURIAM.

Plaintiff has a verdict for $2,500 for personal injuries.
The rule before us is limited to the amount of the verdict,
which is said to be excessive under the evidence.

We find this to be so.

Plaintiff did not produce any of the three physicians who
attended him.

The evidence of injury and disability came from the plain-
tiff himself and a physician who examined but did not
treat him.

The principal complaint appears to be a restricted use of
the joint of the right shoulder.

This plaintiff's physician witness said was "due to some
injury or some other cause."

The only other medical testimony was that of a physician
called by the defendants, who testified to finding two scars
on plaintiff's forehead, and, although there was a complaint
of pain in the right shoulder, he had good function of the
shoulder, and he could not determine any cause for the pain.

The verdict was therefore not warranted by the proofs,
and the rule to show cause is made absolute and a *venire de
novo* is ordered to the end that a new trial may be had upon
the question of damages only.